UNITED STATES v. WILCKES. (Circuit Court of Appeals, Second Circuit. March 2, 1905.) No. 135. Appeal from the Circuit Court of the United States for the Southern District of New York. This cause comes here upon appeal from a decision of the Circuit Court, Southern District of New York (132 Fed. 1007), reversing a decision of the Board of General Appraisers (G. A. 5,347; T. D. 24,460), which had affirmed the classification by the collector of the port of New York of certain importations under Tariff Act July 24, 1897, c. 11, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1626]. Charles D. Baker, for the United States. H. T. Walden, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The merchandise imported consists of steel in strips. The questions presented are the same as those discussed in U. S. v. Crucible Steel Co., 137 Fed. 384, opinion in which is handed down to-day. The decision of the Circuit Court is affirmed.

---

VICTORIA LAND CO. v. HYDE. (Circuit Court of Appeals, Seventh Circuit. February 7, 1905.) No. 1,144. Appeal from the Circuit Court of the United States for the Eastern District of Wisconsin. George P. Wilson and H. V. Mercer, for appellant. John Barnes, for appellee. Dismissed, pursuant to stipulation of counsel, February 7, 1905. See 125 Fed. 970.

---

A. KLIPSTEIN & CO. v. UNITED STATES. C. BISCHOFF & CO. v. SAME. (Circuit Court, S. D. New York. February 15, 1905.) Nos. 3,632, 3,622. Albert H. Washburn and Albert Comstock, for appellants. Chas. D. Baker, Asst. U. S. Atty.

WHEELER, District Judge. The question here is whether this article is a subacetate of copper, under paragraph 694 of the free list of the act of 1897 (Act July 24, 1897, c. 11, § 2, 30 Stat. 202 [U. S. Comp. St. 1901, p. 1689]), or a chemical salt, as it was classified by the collector and affirmed by the board. No testimony appears to have been taken by the board, but some has been taken in this court. From that, which has not been contradicted, it appears to be of that kind of subacetate of copper, and to have been admitted as such duty free for some years past. Thus it now appears to have been entitled to free entry. U. S. v. Petry (C. C.) 116 Fed. 929. Decision reversed.

---

CLARK v. EQUITABLE LIFE ASSUR. SOC. (Circuit Court, E. D. Pennsylvania. May 31, 1905.) No. 57. Motion for Judgment for Want of a Sufficient Affidavit of Defense. Albert B. Weimer, for plaintiff. Burr, Brown & Lloyd, for defendant.

J. B. McPHERSON, District Judge. Before it can be accurately ascertained what legal questions must be decided in this case, it may be necessary to determine the relation of C. C. Welliver to the transfer of the policy, and the true nature of his relation is in dispute. For this reason, I think the controversy should go to a trial, where all litigated questions can be raised and settled at one time. I intimate no opinion concerning the legal propositions that were argued upon this motion. The rule for judgment is therefore discharged. See 133 Fed. 816.